**Victor BRIMM, Plaintiff–Appellant,**

v.

**CITY OF LOS ANGELES; et al., Defendants–Appellees.**

No. 01–55678.

D.C. No. CV–99–13563–GAF.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 15, 2002.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM **

Victor Brimm appeals pro se the district court's judgment for defendants following a jury trial in his action alleging that defendants used excessive force against him and arrested him without probable cause. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Our review of Brimm's contentions is stymied because Brimm failed to provide copies of the trial transcripts. *See* Fed. R.App. P. 10(b)(2); *Syncom Capital Corp. v. Wade,* 924 F.2d 167, 169 (9th Cir.1991) (per curiam). We therefore dismiss his appeal.

APPEAL DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.